UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

```
ALEJANDRO FIALLOS-VIDES,        )    No. EDCV 09-1392 CW
                                )
            Plaintiff,          )    JUDGMENT
                                )
       v.                       )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
            Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: July 29, 2010


                                   _____
                                         CARLA M. WOEHRLE
                                   United States Magistrate Judge